1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
3   ERICA BLACHMAN HITCHINGS (MABN 669825)
    Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
5     Telephone: (415) 436-7015
      Facsimile: (415) 436-6927
6     e-mail: erica.hitchings@usdoj.gov

7   Attorneys for the United States of America

**ORIGINAL**

**FILED**

JUL 15 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* PRIEVE, et al., | No. C 08-1863 TEH |
| Plaintiffs and Relator, | **UNITED STATES' AND SETTLING FCA STATES' NOTICE OF ELECTION TO INTERVENE;** [~~PROPOSED~~] **ORDER** |
| v. | |
| MALLINCKRODT, INC.; COVIDIEN, INC.; and TYCO INTERNATIONAL (US), INC. | |
| Defendants. | **FILED UNDER SEAL** |

1. Pursuant to 31 U.S.C. §3730 (b)(4), the United States hereby notifies the Court that the United States elects to intervene in this action.

2. The State of California, on its behalf and behalf of the states of Maryland, New York and Rhode Island ("Settling FCA States"),[1] and pursuant to the respective provisions of each states' false claims act, hereby notify the Court that they elect to intervene in this action.

3. The parties have entered into multiple settlement agreements in this case, including a

---

[1] The States of Missouri, Ohio, Utah and West Virginia are also settling with Mallinckrodt; however, these states do not have false claims acts and do not need to intervene in this action. Missouri, Ohio, Utah and West Virginia, along with the Settling FCA States, are collectively referred to as the "Settling States."

federal settlement agreement with an effective date of July 3, 2013 and several state settlement agreements (together, the Agreements). Defendant's payments under the various agreements should all be complete by August 2, 2013. After receiving payment of the settlement amounts, the United States, the Settling States, and Relator will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Agreements.

    4. Finally, the United States requests that the Court unseal: (1) Relator's Complaint, First Amended Complaint, and Second Amended Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Intervene, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States and/or States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: July 10, 2013    By:    _/s/ E.B. Hitchings_
ERICA BLACHMAN HITCHINGS
Assistant United States Attorney

Attorneys for the United States

KAMALA D. HARRIS
Attorney General of the State of California

Dated: July ___, 2013    By:    _____
BERNICE L. LOUIE YEW
Deputy Attorney General

Attorneys for the State of California

federal settlement agreement with an effective date of July 3, 2013 and several state settlement agreements (together, the Agreements). Defendant's payments under the various agreements should all be complete by August 2, 2013. After receiving payment of the settlement amounts, the United States, the Settling States, and Relator will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Agreements.

4. Finally, the United States requests that the Court unseal: (1) Relator's Complaint, First Amended Complaint, and Second Amended Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Intervene, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States and/or States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: July___, 2013        By: _____
                                ERICA BLACHMAN HITCHINGS
                                Assistant United States Attorney

                            Attorneys for the United States

                            KAMALA D. HARRIS
                            Attorney General of the State of California

Dated: July 10, 2013        By: _____
                                BERNICE L. LOUIE YEW
                                Deputy Attorney General

                            Attorneys for the State of California

US' AND SETTLING FCA STATES' INTERVENTION NOTICE - C 08-1863 TEH          2

## [PROPOSED] ORDER

Upon consideration of the United States' and Settling FCA States' Notice of Election to Intervene, the Court rules as follows. IT IS ORDERED that:

1. The seal shall be lifted as to Relator's Complaint, First Amended Complaint, and Second Amended Complaint; the summons; the scheduling order; this Order and accompanying Notice of Election to Intervene; and all subsequent filings in this action.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

IT IS SO ORDERED.

Dated: 7/15/13

HONORABLE THELTON E. HENDERSON
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES' AND SETTLING FCA STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER**

to be served this date upon the person indicated below at the address shown:

Marcella Auerbach, Esq.
Nolan & Auerbach, P.A.
435 N. Andrews Ave, Suite 401
Fort Lauderdale, FL 33301

[✓] **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ] **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ] **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

[ ] **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

[ ] **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

[ ] **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 10, 2013 at San Francisco, California.

Jessica Meegan
Legal Assistant (Contractor)