MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ERICA BLACHMAN HITCHINGS (MABN 669825)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7015
FAX: (415) 436-6927
erica.hitchings@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES ex rel. PRIEVE, et al.,** | CASE NO. C 08-1863 TEH |
| Plaintiffs and Relator, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| **MALLINCKRODT, INC.; COVIDIEN, INC.; AND TYCO INTERNATIONAL,** | |
| Defendants. | |

1. Under Fed. R. Civ. R. 41(a)(1), the United States of America ("the United States"); the States of California, Maryland, Missouri, New York, Ohio, Rhode Island, Utah, and West Virginia (the "Settling States"); and the District of Columbia and the States of Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Virginia, and Wisconsin (the "Non-Settling States"), and Plaintiff-Relator John Prieve hereby stipulate to the dismissal of this action pursuant to the terms and conditions of the federal settlement agreement effective July 3, 2013 ("Federal Settlement Agreement") and the separate state settlement agreements ("State Settlement Agreements").

2. The Relator dismisses this action with prejudice as to himself, except for any claims for

1 attorneys' fees, expenses or costs arising out of representation by any Relator's counsel in this action.

2     3. The United States dismisses with prejudice the claims concerning the Covered Conduct in the Federal Settlement Agreement. The United States dismisses all other claims in this action without prejudice to the United States.

    4. The Settling States dismiss with prejudice the claims concerning the Covered Conduct in the State Settlement Agreements. The Settling States dismiss all other claims in this action without prejudice to the Settling States.

    5. The Non-Settling States dismiss and/or consent to the dismissal of all claims in this action without prejudice to the Non-Settling States.

    6. No answer has been served or filed, and no parties other than the United States, the named States, and the Relators have appeared in this action.

    IT IS SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: August 8, 2013    By:    ___/s/ Erica Blachman Hitchings___
ERICA BLACHMAN HITCHINGS[1]
Assistant United States Attorney

Attorneys for the United States

KAMALA D. HARRIS
Attorney General of California

Dated: _____, 2013    By:    _____
BERNICE L. LOUIE YEW
Deputy Attorney General

Attorneys for the State of California[2]

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I, Erica Blachman Hitchings, attest that each of the other signatories concur in the filing of this stipulation.

[2] Signing at the request and on behalf of the Settling States and the Non-Settling States.

STIPULATION OF DISMISSAL; [PROPOSED ORDER]
C 08-1863 TEH      2

attorneys' fees, expenses or costs arising out of representation by any Relator's counsel in this action.

3. The United States dismisses with prejudice the claims concerning the Covered Conduct in the Federal Settlement Agreement. The United States dismisses all other claims in this action without prejudice to the United States.

4. The Settling States dismiss with prejudice the claims concerning the Covered Conduct in the State Settlement Agreements. The Settling States dismiss all other claims in this action without prejudice to the Settling States.

5. The Non-Settling States dismiss and/or consent to the dismissal of all claims in this action without prejudice to the Non-Settling States.

6. No answer has been served or filed, and no parties other than the United States, the named States, and the Relators have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: _____, 2013    By: _____
ERICA BLACHMAN HITCHINGS[1]
Assistant United States Attorney

Attorneys for the United States

KAMALA D. HARRIS
Attorney General of California

Dated: Aug-8, 2013    By: _____
BERNICE L. LOUIE YEW
Deputy Attorney General

Attorneys for the State of California[2]

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I, Erica Blachman Hitchings, attest that each of the other signatories concur in the filing of this stipulation.

[2] Signing at the request and on behalf of the Settling States and the Non-Settling States.

STIPULATION OF DISMISSAL; [PROPOSED ORDER]
C 08-1863 TEH                                    2

| | | |
|---|---|---|
| 1 | | |
| 2 | | NOLAN, AUERBACH, & WHITE |
| 3 | Dated: 8/7, 2013 | By: *[signature]* |
| 4 | | ~~MARCELLA AUERBACH~~ |
| 5 | | MATTHEW B. PAVONE |
| 6 | | OLIVER CLOSE, LLC |
| 7 | Dated: Aug. 7, 2013 | By: *[signature]* |
| | | JOHN REARDEN, JR. |

Attorneys for Relator John Prieve

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Relator John Prieve, except for any claims for attorneys' fees, expenses or costs arising out of representation by any Relator's counsel in this action.

2. Pursuant to the terms and conditions of the Federal Settlement Agreement (effective July 3, 2013), the claims concerning the Covered Conduct in the Federal Settlement Agreement are dismissed with prejudice as to the United States. All other claims in this action are dismissed without prejudice as to the United States.

3. Pursuant to the terms and conditions of the State Settlement Agreements, the claims concerning the Covered Conduct in the State Settlement Agreements are dismissed with prejudice as to California, Maryland, Missouri, New York, Ohio, Rhode Island, Utah, and West Virginia (the "Settling States"). All other claims in this action are dismissed without prejudice as the Settling States.

4. This action is dismissed without prejudice as to the District of Columbia and the States of Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Virginia, and Wisconsin (the "Non-Settling States").

5. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the parties' agreements.

IT IS SO ORDERED.

Dated: 08/19/2013



HONORABLE ...ERSON
United St...
Judge Thelton E. Henderson